UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZACCHEUS BILLY JOHNSON | CIVIL ACTION |
| VERSUS | NO. 19-6510 |
| BP AMERICA PRODUCTION COMPANY | SECTION: "D" (3) |

## O R D E R

The undersigned United States Magistrate Judge recuses herself from further participation in this case pursuant to 28 U.S.C.§ 455(a).  The Clerk of Court is **ORDERED** to reallot the above-captioned case to a Magistrate Judge of this Court other than Division 3.

New Orleans, Louisiana, this 21st day of October, 2019.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

10/21/19
REALLOTTED TO
**MAG 2**