UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZACCHEUS BILLY JOHNSON | CIVIL ACTION |
| VERSUS | NO. 19-6510-WBV-JCW |
| BP EXPLORATION & PRODUCTION INC., ET AL. | SECTION: D (2) |

### ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. and BP America Production Company to Withdraw and Substitute Counsel of Record (R. Doc. 9);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Kevin M. Hodges, Catherine Pyune McEldowney, Georgia Lee Lucier, Scott C. Seiler and Don Keller Haycraft are withdrawn as counsel of record for defendants, BP Exploration & Production, Inc. and BP America Production Company, and R. Keith Jarrett (La. Bar No. 16984), Charles Wilmore (La. Bar No. 28812), Elizabeth S. Wheeler (La. Bar No. 21148) and Randy J. Marse (La. Bar No. 34662), of the law firm Liskow & Lewis, shall be enrolled as additional counsel of record for BP Exploration & Production Inc. and BP America Production Company.

New Orleans, Louisiana, November 6, 2019.

**WENDY B. VITTER**
**United States District Judge**